Timothy S. Camarena   (98042)
Email: tim@edsallandnorris.com
David E. Edsall (86217)
EDSALL · ARRIETA LLP
751 Daily Drive, Suite 325
Camarillo, California  93010

(805) 484-9002
(805) 482-1472 fax

Attorney for Plaintiff
Yoshi Usuki

**MADE JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| YOSHI USUKI,<br><br>    Plaintiff,<br><br>    vs.<br><br>DESIGN SOLUTIONS, INC., SEAN O'NEIL,<br><br>    Defendants. | Case No.: CV 08-6148-GW(SSx)<br><br>Assigned to the Honorable Judge George H. Wu<br><br>**JUDGMENT** |

This action having been commenced on September 18, 2008, and the Court having approved the Stipulation for Entry of Judgment in favor of Plaintiff, YOSHI USUKI, and against defendants DESIGN SOLUTIONS, INC., and SEAN O'NEIL, TRUSTEE of the Design Solutions Inc. 401k Plan, and for good cause shown,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that:

Plaintiff YOSHI USUKI shall recover, jointly and severally, from defendants DESIGN SOLUTIONS, INC., and SEAN O'NEIL, TRUSTEE of the Design Solutions, Inc. 401k Plan, the principal amount of $18,339.00.

Dated: June 24, 2009         _____
                              United States District Court Judge